**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

E.A.P.P.,

Petitioner,

v.

CASE NO. 7:26-cv-00335-WLS-AGH

Warden, IRWIN COUNTY DETENTION CENTER, *et al.*,

Respondents.

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and in accordance with this Court's order (Doc. 6), Petitioner Eyder Ariel Picado Perez, by and through undersigned counsel, hereby gives notice that the above-captioned Petition for Writ of Habeas Corpus is voluntarily dismissed without prejudice.

Dated: November 20, 2026

Respectfully submitted,

/s/ Tori Shepherd
Tori Shepherd
CA Bar No. 327449; WA Bar No. 44766
Carolina Migrant Network
P.O. Box 5321
Charlotte, NC 28299
Tel: (704) 999-7587
Fax: (704) 377-6214
tori@carolinamigrantnetwork.org

/s/ F. Evan Benz
F. Evan Benz
GA Bar No. 820944; NC Bar No. 49077

Amica Center for Immigrant Rights
1025 Connecticut Ave. NW, Ste. 701
Washington, DC 20036
Tel: (202) 869-3984
Fax: (202) 331-3341
evan@amicacenter.org

*Pro Bono Counsel for Petitioner*

SO ORDERED this 23rd day of November, 2026.

W. Louis Sands

W. Louis Sands, Sr. Judge
United States District Court